

NUMBER 13-12-00180-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ADAM CRUZ,                                               **Appellant,**

**v.**

MARYLU CRUZ,                                             **Appellee.**

## On appeal from the County Court at Law No. 6 of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was due on July 20, 2012. On August 14, 2012, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly

injured by the appellant's failure to timely file a brief.   The notice was sent to appellant's address by certified mail return receipt requested; however, the certified mail was returned as unclaimed.   Subsequently, the Clerk of the Court sent the notice to appellant by regular mail on August 30, 2012.   To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the 4th
day of October, 2012.